# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

---

**NEIGHBORHOOD ASSOCIATION OF THE BACK BAY, INC.,**
          Plaintiff

v.

**FEDERAL TRANSIT ADMINISTRATION and MASSACHUSETTS BAY TRANSPORTATION AUTHORITY,**
          Defendants.

**CIVIL ACTION NO.: 04-11550-EFH**

---

# ORDER OF RECUSAL

### July 20, 2004

**HARRINGTON, S.D.J.**

    I hereby recuse myself from participation in this case on the ground that my son, Edward P. Harrington, is an attorney for the Defendant Massachusetts Bay Transportation Authority.

    SO ORDERED.

                              /s/ Edward F. Harrington
                              **EDWARD F. HARRINGTON**
                              **United States Senior District Judge**