IN THE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NEIGHBORHOOD ASSOCIATION )   CASE NO.: 04-11550-RCL
OF THE BACK BAY, INC., )
 )
    Plaintiff, )
 )
v. )
 )
FEDERAL TRANSIT )
ADMINISTRATION and )
MASSACHUSETTS BAY )
TRANSPORTATION AUTHORITY, )   ASSENTED TO MOTION FOR
 )   EXTENSION OF TIME
    Defendants. )
 )
 )

The Federal Transit Administration ("FTA"),[1] hereby moves for an extension of time of thirty (30) days from the Court's ruling on plaintiff's Motion to Amend Complaint, to answer or otherwise respond to the Complaint. As grounds therefor, the FTA states that counsel for plaintiff Neighborhood Association of the Back Bay, Inc. has indicated that he is going to file a motion for leave to amended the complaint to make clearer plaintiff's cause of action. The parties agree that this will assist both the parties and the Court, and so defendants have assented to plaintiff's motion to amend, and plaintiff's counsel has assented to defendants having thirty days to file a response, from the

---

[1] This motion is not intended to be a responsive pleading. By the filing of this motion, Federal Defendant is not waiving any of the procedural, affirmative, or other waivable and non-waivable defenses available to it in the normal course of filing a responsive pleading. Federal defendant intends to raise those defenses when it answers or otherwise responds to the Complaint.

date the Court rules on plaintiff's motion.

As of today's date, plaintiff's counsel has not yet filed said motion, but the FTA understands it will be filed in the near future. Defendant FTA asserts that there have been no prior requests for extensions in this action.

WHEREFORE, Defendant FTA respectfully requests that this Court allows its motion for an extension of time and order that defendant may have thirty days from the Court's ruling on any motion to Amend Complaint, or thirty days from ruling on the instant motion, whichever comes later, to answer or otherwise respond to the Complaint.

Respectfully submitted,

By their attorney,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Barbara Healy Smith
Barbara Healy Smith
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3263

Dated: 13 September

## CERTIFICATE OF SERVICE

This is to certify that I have this 13th day of September, 2004, served upon the persons listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

Gerald Fabiano
Pierce, Davis, Fahey & Perritano, LLP
5th Floor
Ten Wintrop Square
Boston, MA 02110

Stephen M. Leonard
Brown, Rudnick, Berlack & Israels, PPC
1 Financial Center
Boston, MA 02111

13 September 2004

_____
Barbara Healy Smith
Assistant U.S. Attorney


## Local Rule 7.1 Certification

The undersigned hereby certifies that in keeping with L.R. 7.1(a)(2) she has conferred with plaintiff's counsel several times, including on the afternoon of September 13, 2004, about the within issues, and plaintiff has assented to the filing of this motion and the relief sought herein.

13 September 2004

_____
Barbara Healy Smith
Assistant U.S. Attorney