UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEIGHBORHOOD ASSOCIATION OF THE BACK BAY, INC., DOROTHY BOWMER, MARIANNE CASTELLANI, ANN D. GLEASON AND FREDERICK C. GLEASON<br>　　　　　Plaintiffs<br><br>v.<br><br>FEDERAL TRANSIT ADMINISTRATION and MASSACHUSETTS BAY TRANSPORTATION AUTHORITY<br>　　　　　Defendants | CIVIL ACTION<br>NO. 04cv11550-RCL<br><br><br>MOTION TO AMEND COMPLAINT (Assented to) |

The plaintiffs move under Fed.R.Civ.P. 15(a) for leave to file the attached Second Amended Complaint for Declaratory and Injunctive Relief, clarifying the previous pleading and adding two additional plaintiffs.

As grounds for this motion, the plaintiffs state the following.

1.  Counsel for defendant Federal Transportation Administration conferred with the undersigned plaintiffs' counsel on a motion by the Federal Transportation Administration for a more definite statement, and as a result of that consultation, the undersigned plaintiff's counsel agreed to file a more detailed pleading.

2. The parties expect the more detailed complaint to aid the Court in analyzing the issues presented in this civil action.

3. Both defendants have assented to this motion.

.

|  |  |
|---|---|
| | Plaintiffs Neighborhood Association of the Back Bay, Inc., Dorothy Bowmer, Marianne Castellani, Ann D. Gleason and Frederick C. Gleason |
| | By their attorney |
| | */s/ Gerald Fabiano* |
| | Gerald Fabiano  BBO No. 157130 |
| | Pierce, Davis & Perritano, LLP |
| | 10 Winthrop Square  5th Floor |
| | Boston, MA 02110 |
| | 617-350-0950 |

Certificate of Conferring
LR 7.1(a)(2)

I hereby certify that I have conferred with opposing counsel and that opposing counsel have assented to this motion.

*/s/ Gerald Fabiano*
Gerald Fabiano

Certificate of Service

I hereby certify that a true copy of the above document was served upon all counsel of record and upon Stephen M. Leonard, attorney for defendant Massachusetts Bay Transportation Authority, by mail, on September 20, 2004.

*/s/ Gerald Fabiano*
Gerald Fabiano