UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11550RCL

| | |
|---|---|
| NEIGHBORHOOD ASSOCIATION OF THE BACK BAY, INC., ET AL.,<br>    Plaintiffs,<br><br>v.<br><br>MASSACHUSETTS BAY TRANSPORTATION AUTHORITY AND FEDERAL TRANSIT ADMINISTRATION,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter our appearance on behalf of the Defendant, Massachusetts Bay Transportation Authority, in the above-captioned matter.

MASSACHUSETTS BAY TRANSPORTATION AUTHORITY

By its attorneys,

_____
Stephen M. Leonard (BBO #294080)
Amanda Buck Varella (BBO #641736)
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, MA 02111
(617) 856-8200

Dated: September 23, 2004

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first class mailing, postage pre-paid on _____

_____
SIGNATURE