UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEIGHBORHOOD ASSOCIATION OF THE BACK BAY, INC. et al.<br>Plaintiffs<br><br>v.<br><br>FEDERAL TRANSIT ADMINISTRATION et al.<br>Defendants | CIVIL ACTION<br>NO. 04cv11550-RCL<br><br>CERTIFICATION UNDER L.R. 16.1(D)(3) |

Pursuant to Local Rule 16.1(D)(3), Frederick Gleason and counsel for the plaintiffs hereby certify that they have conferred:

A. with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

B. to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Frederick Gleason
114 Commonwealth Avenue
Boston, MA 02116
617-267-6980

_____
Gerald Fabiano  BBO No. 157130
Attorney for the plaintiffs
Pierce, Davis & Perritano, LLP
10 Winthrop Square  5th Floor
Boston, MA 02110
617-350-0950

I hereby certify that a true copy of the above document was served upon all counsel of record, by mail, on December 7, 2004.
_____
Gerald Fabiano