UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NEIGHBORHOOD ASSOCIATION OF THE BACK BAY, INC. et al.<br>　　　　　　Plaintiffs<br><br>v.<br><br>FEDERAL TRANSIT ADMINISTRATION et al.<br>　　　　　　Defendants | CIVIL ACTION<br>NO. 04cv11550-RCL<br><br><br>CERTIFICATION UNDER L.R.<br>16.1(D)(3) |

Pursuant to Local Rule 16.1(D)(3), Neighborhood Association of the Back Bay, Inc. and counsel for the plaintiffs hereby certify that they have conferred:

A. with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

B. to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Neighborhood Association of the Back
Bay, Inc.
337 Newbury Street
Boston, MA 02115

By _____
　　John R. Devereaux

_____
Gerald Fabiano  BBO No. 157130
Attorney for the plaintiffs
Pierce, Davis & Perritano, LLP
10 Winthrop Square  5th Floor
Boston, MA 02110
617-350-0950

I hereby certify that a true copy of the
above document was served upon all counsel of
record, by mail, on December 7, 2004.
_____
Gerald Fabiano