UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 MAR 25 P 12: 06
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| NEIGHBORHOOD ASSOCIATION OF THE BACK BAY, INC., et al.<br>Plaintiffs<br><br>v.<br><br>FEDERAL TRANSIT ADMINISTRATION, et al.<br>Defendants | CIVIL ACTION<br>NO. 04cv11550-RCL<br><br>REQUEST OF ARLINGTON STREET CHURCH FOR LEAVE TO FILE A BRIEF AMICUS CURIAE |

Arlington Street Church (the Church) requests leave to file a brief amicus curiae in the above proceeding.

### INTEREST OF THE AMICUS

The Church has occupied the northwest corner of Arlington and Boylston Streets since 1861. The Massachusetts Bay Transportation Authority's (MBTA) plan to improve access to its Arlington Station will impact the Church in numerous ways as described in the attached brief which it respectfully urges the Court to consider.

Respectfully submitted,
Arlington Street Church
By Its Attorney

Herbert P. Gleason
50 Congress Street, Suite 300
Boston MA, 02109
Tel: 617-973-9299
Fax: 617-523-0600
BBO # 194920

Certificate of Service

I certify that I mailed a copy of the within Documents to all counsel of record on March 24, 2005

Herbert P. Gleason