IN THE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEIGHBORHOOD ASSOCIATION OF THE BACK BAY, INC. et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | CA NO. 04-11550-RCL ) ) |
| FEDERAL TRANSIT ADMINISTRATION and MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, | ) ) ) ) ) |
| Defendants. | ) ) ) |

**MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, the defendant Federal Transit Authority hereby moves for summary judgment on Counts I and II of the Second Amended Complaint. As set forth more fully in the accompanying Memorandum, the FTA is entitled to judgment because the administrative record demonstrates that its decision to approval of the project to make the Arlington Street Green Line station accessible, was reasoned, considered and fully in accordance with the applicable law.

                                                      Respectfully submitted,

                                                      By their attorney,

                                                      MICHAEL J. SULLIVAN
                                                      United States Attorney

Dated:  29 March 2005                By:    /s/ Barbara Healy Smith
                                                      Barbara Healy Smith
                                                      Assistant U.S. Attorney
                                                      John Joseph Moakley U.S.  Courthouse
                                                      1 Courthouse Way, Suite 9200
                                                      Boston, MA 02210
                                                      (617) 748-3263

**CERTIFICATE OF SERVICE**

This is to certify that I have this 29th day of March 2005, served upon the persons listed below a copy of the foregoing Motion for Summary Judgment by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

Gerald Fabiano  
Pierce, Davis & Perritano, LLP  
Ten Wintrop Square  
5th Floor  
Boston, MA 02110  

Stephen M. Leonard  
Brown, Rudnick, Berlack Israels, PPC  
1 Financial Center  
Boston, MA 02111  

   /s/ Barbara Healy Smith  
Barbara Healy Smith  
Assistant U.S. Attorney