UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEIGHBORHOOD ASSOCIATION OF THE BACK BAY, INC<br>    Plaintiff<br><br>FEDERAL TRANSIT ADMINISTRATION and MASSACHUSETTS BAY TRANSPORTATION AUTHORITY<br>    Defendants | CIVIL ACTION<br>NO. 04cv11550-RCL |

## MASSACHUSETTS BAY TRANSPORTATION AUTHORITY'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendant, Massachusetts Bay Transportation Authority ("MBTA"), opposes the motion for summary judgment of the plaintiff and further moves for summary judgment on the undisputed record as to all of the claims of the plaintiffs.

In support of its motion, MBTA states as follows:

1.  There are no material facts in dispute;

2.  The plaintiffs have no viable claim; and

3.  MBTA is entitled to judgment as a matter of law.

WHEREFORE, for the reasons stated above and in the accompanying Memorandum of Law, Administrative Record and pleadings on file, and the Affidavit of Winifred Stopps, MBTA requests that this Court enter summary judgment in its favor on all of plaintiff's claims.

>Respectfully submitted,
>
>**MASSACHUSETTS BAY TRANSPORTATION AUTHORITY**
>
>By its attorneys,
>
>
>_____/s/Stephen M. Leonard
>Stephen M. Leonard (BBO #294080)
>Amanda Buck Varella (BBO #641736)
>BROWN RUDNICK BERLACK ISRAELS LLP
>One Financial Center
>Boston, MA 02111
>(617) 856-8200
>Dated: March 29, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties below by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

| | |
|---|---|
| Gerald Fabiano | Barbara Smith Healy |
| Pierce, Davis, Fahey & Perritano, LLP | United States Attorney's Office |
| Ten Winthrop Square | John Joseph Moakley Federal Courthouse |
| Fifth Floor | 1 Courthouse Way |
| Boston, MA 02110 | Suite 9200 |
| | Boston, MA 02210 |

Herbert P. Gleason
Law Office of Herbert P. Gleason
50 Congress Street, Room 300
Boston, MA 02109

                                                                                                     /s/ Stephen M. Leonard

Dated: March 29, 2005                                                      Stephen M. Leonard

# 1353731 v2 - RYANJM - 020445/0007