UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2005 APR 14 P 4: 02

|  |  |
|---|---|
| NEIGHBORHOOD ASSOCIATION OF THE BACK BAY, INC. et al. <br> Plaintiffs <br> v. <br> FEDERAL TRANSIT ADMINISTRATION et al. <br> Defendants | CIVIL ACTION <br> NO. 04cv11550-RCL <br><br> AFFIDAVIT OF DOROTHY BOWMER |

I, Dorothy Bowmer, state the following.

1. I live at 3 Fairfield Street, Boston, Massachusetts. This address is within the Back Bay Historic District.

2. In addition to living within the Back Bay Historic District, I have a special, longstanding interest in the preservation of the Back Bay and its historic buildings. For several years, I have been active in the Neighborhood Association of the Back Bay ("NABB") and have served on its Architectural Committee. This Architectural Committee has a substantial role in reviewing projects which go before the Back Bay Architectural Commission, which regulates architectural features, including structures occupying the sidewalks, in the Back Bay. Most recently, I was co-chair of NABB's Architectural Committee.

3. At this time, I walk by the Arlington Street Church about once a week.