UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEIGHBORHOOD ASSOCIATION OF THE BACK BAY, INC. et al.<br>Plaintiffs<br><br>v.<br><br>FEDERAL TRANSIT ADMINISTRATION et al.<br>Defendants | CIVIL ACTION<br>NO. 04cv11550-RCL<br><br>AFFIDAVIT OF MARIANNE CASTELLANI |

I, Marianne Castellani, state the following.

1.  I live at 251 Commonwealth Avenue, Boston, Massachusetts. This address is within the Back Bay Historic District.

2.  In addition to living within the Back Bay Historic District for 29 years, I have a particular, long-term interest in the preservation of historic buildings in the Back Bay, both individually and as they contribute the overall historic fabric of this historic district. This includes my service as Chair, President and a member for over 20 years of the Board of Directors member of the Neighborhood Association of the Back Bay ("NABB"), an organization whose members live throughout the Back Bay, including in the immediate vicinity of the Arlington Street Church.. One of NABB's purposes is the preservation of Back Bay architectural heritage, of which the Arlington Street Church is part, and of its historic buildings.

3. At this time, I walk by the Arlington Street Church about once every two weeks.

4. A steel and glass structure housing an elevator and its machinery partially would obstruct the view of the Arlington Street Church from Boylston Street not only for me, but also for the many members of the ("NABB") who walk by that historic site more often than I do. This obstruction of the view of the historic church building harms me and the other members by interfering with our enjoyment of the aesthetic quality of this notable building, viewed as a whole.

5. In a meeting of an MBTA representative with community members in the fall of 2004 relating to the MBTA's proposed construction, the MBTA representative said that the MBTA would not agree to refrain from putting advertising on its elevator structures and stairways. Posting advertising on the elevator structure around the proposed elevator structure at Arlington Street Station and on the proposed nearby stairway would cause further aesthetic harm to me and to the many NABB members who live closer to the Arlington Street Church than I do and who walk by the church more often than I do.

Certificate of Service

I hereby certify that a true copy of the above document was served upon all counsel of record, by mail, on April 14, 2005

Gerald Fabiano

Signed under penalties of perjury,

Marianne Castellani    April 14, 2005
Marianne Castellani    Date

2