UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2005 APR 14 P 4: 02

| | |
|---|---|
| NEIGHBORHOOD ASSOCIATION OF THE BACK BAY, INC. et al.<br>Plaintiffs<br><br>v.<br><br>FEDERAL TRANSIT ADMINISTRATION et al.<br>Defendants | CIVIL ACTION<br>NO. 04cv11550-RCL<br><br><br>AFFIDAVIT OF ANN GLEASON |

I, Ann Gleason, state the following.

1. I live and work at 114 Commonwealth Avenue, Boston, Massachusetts. That address is within the Back Bay Historic District.

2. I am a registered architect. Both as a Back Bay resident and as an architect, preservation of historic buildings has been a particular concern to me. I have been a member of the Back Bay Architectural Commission, and I have served as its chair. I have been a member of the Boston Preservation Alliance for over twenty years, and I have served as both an officer and a director of that organization. In addition, I have had a particular interest in Boylston Street, having served on the Boston Redevelopment Authority's Design Advisory Panel for The New England building, which faces Boylston Street, and on the Boston Redevelopment Authority's Boylston Street Citizen Review Committee.

3.  At this time, I see the Arlington Street Church several times a week while walking, and about once a week while driving.

4.  The obstruction of the Boylston Street view of the Arlington Street Church by a steel and glass structure enclosing an elevator would disrupt and diminish my view of this historic building, a view which has aesthetic importance to me.

Signed under penalties of perjury,

Ann D. Gleason        Date 4/14/05

Certificate of Service

I hereby certify that a true copy of the above document was served upon all counsel of record, by mail, on April 14, 2005.

Gerald Fabiano

2