UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEIGHBORHOOD ASSOCIATION OF THE BACK BAY, INC. et al.<br>Plaintiffs<br><br>v.<br><br>FEDERAL TRANSIT ADMINISTRATION et al.<br>Defendants | CIVIL ACTION<br>NO. 04cv11550-RCL<br><br>AFFIDAVIT OF FREDERICK GLEASON |

I, Frederick Gleason, state the following.

1. I live and work at 114 Commonwealth Avenue, Boston, Massachusetts. That address is within the Back Bay Historic District.

2. I am a registered architect. Both as a Back Bay resident and as an architect, preservation of historic buildings has been a particular concern to me. My community work in historic preservation has included drafting back-of-building standards for Back Bay buildings.

3. At this time, I see the Arlington Street Church several times a week while walking, and about once a week while driving.

4. The obstruction of the Boylston Street view of the Arlington Street Church by a steel and glass structure enclosing an elevator would disrupt and

diminish my view of this historic building, a view which has aesthetic importance to me.

Signed under penalties of perjury,

*Frederick C. Gleason*   Apr/14, 2005

Frederick C. Gleason        Date

Certificate of Service

I hereby certify that a true copy of the above document was served upon all counsel of record, by mail, on April 14, 2005.

Gerald Fabiano

2