UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEIGHBORHOOD ASSOCIATION OF THE BACK BAY, INC. et al.<br>　　　　Plaintiffs<br><br>v.<br><br>FEDERAL TRANSIT ADMINISTRATION et al.<br>　　　　Defendants | CIVIL ACTION<br>NO. 04cv11550-RCL<br><br>AFFIDAVIT OF MARIANNE CASTELLANI |

I, Marianne Castellani, state the following.

1. In 2004 at the Transportation Building in Boston, I attended a presentation on the proposed Copley Station elevator entrances by representatives of the MBTA. I heard what the MBTA representatives said.

2. At this meeting, an MBTA representative said that the proposed elevator would be enclosed by glass panels and that the glass panels would be as transparent as possible. A member of the Neighborhood Association of the Back Bay, Inc. asked about signs and advertising on the proposed structures. An MBTA representative said that it was necessary to maximize advertising revenue and to keep open the ability to sell advertising wherever possible.

Certificate of Service
I hereby certify that a true copy of the above document was served upon all counsel of record, by mail, on May 13, 2005.

Signed under penalties of perjury,

Marianne Castellani　　May 13, 2005
Marianne Castellani　　Date