**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


RE:    Civil  No. _04-11550_____

       Title: _Neighborhood Associationg of the Back Bay, Inc., et al. v. Federal Transit_
Administration, et al._____

**N O T I C E**

       Pursuant to Local Rule 40.1(E) (4), the above-entitled case has been

returned to the Clerk for reassignment.  Please take notice that this case previously

assigned to Judge_Lindsay_____ has been reassigned to Judge __Tauro_____

for all further proceedings.  From this date forward the case number on all pleadings

should be followed by the initials __JLT____.

       Thank you for your cooperation in this matter.


                              SARAH A. THORNTON
                              CLERK OF COURT


                    By:    _/s/ Christine M. Patch_____
                              Deputy Clerk


Date: __6/29/05_____


(Notice of LR40.1 Reassign.wpd - 3/7/2005)