## Exhibit A

