Exhibit B

Massachusetts Bay Transportation Authority
MBTA Contract No. S5PS11



# Light Rail Accessibility Program
## Schematic Design Report

Draft Submission
March 1995

**Gannett Fleming, Inc.**
Engineers and Planners

**Stull and Lee, Inc.**
Architects and Planners

Katherine McGuinness & Associates
Paul C.K. Lu & Associates
Robert G. Neiley & Associates
Railway Systems Design, Inc.
Jenny Engineering Corporation
Hygienetics, Inc.
GEI Consultants, Inc.
SAR Engineering, Inc.
ASEC Corporation

# TABLE OF CONTENTS

**1 INTRODUCTION**
1.1 Project Background . . . . . . . . . . . . . . . . . . . . . . . . . . 1-1
1.2 Project Objectives . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-1
1.3 Purpose of the Report . . . . . . . . . . . . . . . . . . . . . . . . 1-2
1.4 References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-2

**2 ACCESSIBILITY REGULATIONS**
2.1 Applicable Regulations . . . . . . . . . . . . . . . . . . . . . . . 2-1
2.2 Key Station Compliance . . . . . . . . . . . . . . . . . . . . . . 2-2
2.3 ADA System Wide Requirements . . . . . . . . . . . . . . . 2-2

**3 THE LIGHT RAIL SYSTEM**
3.1 Light Rail System . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-1
3.2 Light Rail Vehicle Types . . . . . . . . . . . . . . . . . . . . . . 3-2
3.3 Vehicle and Line Operations . . . . . . . . . . . . . . . . . . . 3-3
3.4 System Accessibility Elements . . . . . . . . . . . . . . . . . 3-3
3.5 Operational Assumptions . . . . . . . . . . . . . . . . . . . . . 3-5
3.6 Fare Collection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-5

**4 STATION PROGRAM ELEMENTS**
4.1 Station Elements . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-1

**5 SURFACE STATIONS**
5.1 Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5-1
5.1 Boston University East Station . . . . . . . . . . . . . . . . . 5-3
5.2 Boston University Central Station . . . . . . . . . . . . . . 5-9
5.3 Washington Street Station . . . . . . . . . . . . . . . . . . . 5-15
5.4 Boston College Station . . . . . . . . . . . . . . . . . . . . . . 5-21
5.5 St. Mary's Street Station . . . . . . . . . . . . . . . . . . . . . 5-29
5.6 Coolidge Corner Station . . . . . . . . . . . . . . . . . . . . . 5-33
5.7 Washington Square Station . . . . . . . . . . . . . . . . . . 5-37
5.8 Cleveland Circle Station . . . . . . . . . . . . . . . . . . . . . 5-43
5.9 Fenway Park Station . . . . . . . . . . . . . . . . . . . . . . . 5-49
5.10 Brookline Village Station . . . . . . . . . . . . . . . . . . . . 5-53
5.11 Reservoir Station . . . . . . . . . . . . . . . . . . . . . . . . . . 5-57
5.12 Newton Center Station . . . . . . . . . . . . . . . . . . . . . 5-67
5.13 Northeastern University Station . . . . . . . . . . . . . . . 5-67
5.14 Museum of Fine Arts Station . . . . . . . . . . . . . . . . . 5-71
5.15 Longwood Medical Area Station . . . . . . . . . . . . . . 5-75
5.16 Brigham Circle Station . . . . . . . . . . . . . . . . . . . . . . 5-79
5.17 Heath Street Station . . . . . . . . . . . . . . . . . . . . . . . 5-83
5.18 Lechmere Station . . . . . . . . . . . . . . . . . . . . . . . . . 5-87
5.19 Ashmont Station . . . . . . . . . . . . . . . . . . . . . . . . . . 5-91
5.20 Mattapan Station . . . . . . . . . . . . . . . . . . . . . . . . . 5-95
5.21 Other Light Rail Key Stations . . . . . . . . . . . . . . . . 5-99
  Riverside Station . . . . . . . . . . . . . . . . . . . . . . . . . . 5-99
  Harvard Avenue Station . . . . . . . . . . . . . . . . . . . . 5-99
  North Station . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5-99

**6 SUBWAY STATIONS**
6.0 Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6-1
6.1 Kenmore Station . . . . . . . . . . . . . . . . . . . . . . . . . . . 6-1
6.2 Copley Station . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6-19
6.3 Arlington Station . . . . . . . . . . . . . . . . . . . . . . . . . . 6-41
6.4 Park Street Station . . . . . . . . . . . . . . . . . . . . . . . . 6-59
6.5 Government Center Station . . . . . . . . . . . . . . . . . 6-71
6.6 Haymarket Station . . . . . . . . . . . . . . . . . . . . . . . . 6-83

**7 PROGRAM SCHEDULE AND COSTS**
7.1 Background . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-1
7.2 Current Status . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-1
7.3 Program Implementation . . . . . . . . . . . . . . . . . . . . 7-3
7.4 Other Requirements . . . . . . . . . . . . . . . . . . . . . . . 7-3
7.5 Construction Implementation . . . . . . . . . . . . . . . . . 7-3
7.6 Project Costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-3

**8 ENVIRONMENTAL REVIEW**
8.1 Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-1
8.2 Review of Applicable Permits, Approvals and Variances . . . 8-1
8.3 Environmental Impacts . . . . . . . . . . . . . . . . . . . . . . 8-3
8.4 Schedule of Permits . . . . . . . . . . . . . . . . . . . . . . . . 8-3

**9 OTHER ISSUES**
9.1 Community and Agency Reviews . . . . . . . . . . . . . . 9-1
9.2 Future Considerations . . . . . . . . . . . . . . . . . . . . . . 9-2
9.3 Future MBTA Improvements . . . . . . . . . . . . . . . . . 9-2
9.4 Implementation of Accessibility . . . . . . . . . . . . . . . 9-2

**10 SUMMARY OF RECOMMENDATIONS** . . . . . . . . . . 10-1

**APPENDICES**
A1 Accessibility Audits . . . . . . . . . . . . . . . . . . . . . . . . A1-1
A2 Concepts Design Alternatives: Surface Stations . . A2-1
A3 Concepts Design Alternatives: Subway Stations . . A3-1
A4 Engineering Analysis . . . . . . . . . . . . . . . . . . . . . . A4-1
A5 Cost Estimates . . . . . . . . . . . . . . . . . . . . . . . . . . . A5-1
A6 Fare Collection Data . . . . . . . . . . . . . . . . . . . . . . A6-1

# 1.0 INTRODUCTION

The Massachusetts Bay Transportation Authority (MBTA) is currently undertaking an extensive program to make its transit system fully accessible for persons with disabilities. The system's extreme size and complexity has led the MBTA (The Authority) to develop a Key Station Plan which identifies certain stations which will be "fast tracked" towards full compliance with the Americans with Disabilities Act (ADA). To date, much progress has been made towards the goal of full accessibility, however there is much more to be accomplished.

This Schematic Design Report represents the Authority's first major step toward providing ADA-compliant accessibility on the MBTA's Green Line and Red Line Light Rail systems (see Figure 1.1, MBTA Light Rail System Map). The information presented herein establishes the groundwork for full accessibility at 29 Key Light Rail stations. This document fully evaluates the various existing barriers to access at each station and proposes specific station design programs for full accessibility for persons with disabilities, for 15% of Schematic Design.

## 1.1 Project Background

In the mid 1980's, the Authority started to give serious consideration toward providing an accessible Light Rail System. The task was viewed as very complex and difficult given the many peculiarities of the Light Rail System, none of which were unexpected given that the Green Line system is the oldest subway in America. A vast majority of the Green Line continues to operate on the original street car lines constructed at the turn of the century.

In 1989, the MBTA initiated the Light Rail Accessibility Program (LRAP) by preparing a feasibility study which identified many of the system's major barriers to access and established alternative solutions. In concept, the most viable solution for Light Rail Access involved the acquisition of new Light Rail Vehicles which incorporate new Low Floor technology. These new vehicles, in conjunction with corresponding station modifications, would set the foundation for full Green Line Accessibility. The Authority has ordered 100 of these new Low Floor Vehicles and expects them to be in service by 1999. In anticipation of their delivery, a massive design and construction program has been initiated to make the stations and facilities accessible and able to accommodate the new vehicles.

## 1.2 Project Objectives

Although the immediate and most important objective of the Light Rail Accessibility Program (LRAP) is to provide a fully accessible Light Rail system, the overall project goals are in actuality much more broad. The magnitude of the project has presented the Authority with the opportunity to make substantial overall improvements to the system. The following important objectives have been considered in the preparation of this document:

- To provide a fully accessible Light Rail transit system fully usable by persons with disabilities and in compliance with the Americans with Disabilities Act (ADA), MAAB, and MBTA Guide to Access policies.

- Where prudent and practical, to improve safety, security, comfort and convenience to all MBTA patrons.

- To work toward improving station environments and identities in relation to surrounding neighborhoods.

- To make the necessary system wide modifications necessary to accommodate the new Low Floor Vehicles.

- Where practical, to facilitate future improvements and expansion of Light Rail Service.



Figure 1.1: MBTA Light Rail System Map